United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601



```
------------------------------------X
KROMER ET AL.                       |
                                    |
                                    |
             Plaintiff,             |
                                    |   NOTICE OF ASSIGNMENT
                                    |
                                    |   08-cv-1494   (KMK) (GAY)
             -v-                    |
                                    |
FIDELITY NATIONAL TITLE INSURANCE   |
CO ET AL.                           |
                                    |
             Defendants.            |
------------------------------------X
```

    Pursuant to the memorandum of the Case Processing Assistant
the above entitled action is assigned to the calendar of

             HON. KENNETH M. KARAS

    All future documents submitted in this action shall bear the
assigned judge's initials after the case number. If this case is
assigned to the Electronic Case Filing (ECF) system, documents
must be submitted electronically, and shall also bear the
notation "ECF CASE" under the docket number.

    The attorney(s) for the plaintiff(s) are requested to serve
a copy of the Notice of Assignment on all defendants.

                                    J. Michael McMahon, CLERK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: 02/15/2008

                                    by: _____
                                         JOHNNY MARTINEZ-Deputy Clerk

DESIGNATED TO MAGISTRATE JUDGE: GEORGE A. YANTHIS

CC: Attorneys of Record
WP ASSIGNMENT FORM

D a t a   Q u a l i t y   C o n t r o l
Revised: September 9, 2004
I:FORMS\ASSIGN\ASSIG.WPD