UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
GARY KROMER, MONIQUE KROMER, JOSEPH
AMMIRATI, MICHELLE AMMIRATI, on behalf
of himself and those similarly situated,

         Plaintiffs,

  vs.

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, CHICAGO TITLE INSURANCE
COMPANY, TICOR TITLE INSURANCE
COMPANY, FIDELITY NATIONAL FINANCE,
INC., FIRST AMERICAN TITLE INSURANCE
COMPANY OF NEW YORK, UNITED GENERAL
TITLE INSURANCE COMPANY, FIRST
AMERICAN CORPORATION,
COMMONWEALTH LAND TITLE INSURANCE
COMPANY, LAWYERS TITLE INSURANCE
CORPORATION, , LANDAMERICA FINANCIAL
GROUP, INC., STEWART TITLE INSURANCE
COMPANY, MONROE TITLE INSURANCE
CORPORATION, STEWART INFORMATION
SERVICE CORPORATION, AND TITLE
INSURANCE RATE SERVICE ASSOCIATION,
INC.,

         Defendants.
----------------------------------------------------------------x

Case No. 08 Civ. 1494

      **PLEASE TAKE NOTICE** that Barry R. Ostrager, a member of the law firm of Simpson Thacher & Bartlett LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendants Fidelity National Title Insurance Company, Fidelity National Financial, Inc., Ticor Title Insurance Company, and Chicago Title Insurance Company in this action and requests that all subsequent papers be served upon him at the address indicated below.

Please add the following to the service list for this proceeding:

>Barry R. Ostrager, Esq. (bostrager@stblaw.com)
>SIMPSON THACHER & BARTLETT LLP
>425 Lexington Avenue
>New York, New York 10017-3954
>(212) 455-2000 (Telephone)
>(212) 455-2502 (Facsimile)

Dated: New York, New York
February 19, 2008

                     SIMPSON THACHER & BARTLETT LLP

                     By: s/ Barry R. Ostrager

                     Barry R. Ostrager
                     425 Lexington Avenue
                     New York, New York 10017-3954
                     Telephone: (212) 455-2000
                     Facsimile: (212) 455-2502
                     bostrager@stblaw.com

                     *Attorney for Defendants Fidelity National Title Insurance Company, Fidelity National Financial, Inc., Ticor Title Insurance Company, and Chicago Title Insurance Company*