UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
GARY KROMER, MONIQUE KROMER, JOSEPH
AMMIRATI, MICHELLE AMMIRATI, on behalf
of themselves and those similarly situated,

        Plaintiffs,

  vs.

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, CHICAGO TITLE INSURANCE
COMPANY, TICOR TITLE INSURANCE
COMPANY, FIDELITY NATIONAL FINANCE,
INC., FIRST AMERICAN TITLE INSURANCE
COMPANY OF NEW YORK, UNITED GENERAL
TITLE INSURANCE COMPANY, FIRST
AMERICAN CORPORATION,
COMMONWEALTH LAND TITLE INSURANCE
COMPANY, LAWYERS TITLE INSURANCE
CORPORATION, LANDAMERICA FINANCIAL
GROUP, INC., STEWART TITLE INSURANCE
COMPANY, MONROE TITLE INSURANCE
CORPORATION, STEWART INFORMATION
SERVICE CORPORATION, AND TITLE
INSURANCE RATE SERVICE ASSOCIATION,
INC.,

        Defendants.
---------------------------------------------------------------x

Case No. 08 Civ. 1494 (KMK)

## RULE 7.1 DISCLOSURE STATEMENT

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned

counsel for Defendants Fidelity National Financial, Inc.,[1] Fidelity National Title Insurance

Company, Ticor Title Insurance Company, and Chicago Title Insurance Company (collectively,

---

[1]     Plaintiffs name "Fidelity National Finance, Inc." as a defendant in this action but no such entity exists. Thus, plaintiffs have sued a non-jural entity. *See* FED.R.CIV.P. 7.1(a)(2), 17.

the "Fidelity Defendants") in the above-captioned action identifies, with respect to the Fidelity Defendants, any parent corporation and/or any publicly held corporation owning 10% or more of its stock:

- Fidelity National Financial, Inc. is a publicly traded corporation. No publicly held corporation owns 10% or more of Fidelity National Financial, Inc.'s stock.

- Fidelity National Financial, Inc. is the parent corporation of the wholly-owned subsidiary Fidelity National Title Group, Inc.

- Fidelity National Title Group, Inc. is the parent corporation of the wholly-owned subsidiary Chicago Title and Trust Company.

- Chicago Title and Trust Company is the parent corporation of the following wholly-owned subsidiaries: Fidelity National Title Insurance Company, Ticor Title Insurance Company and Chicago Title Insurance Company.

Dated: New York, New York
February 20, 2008

Respectfully submitted,

By: s/ Barry R. Ostrager

Barry R. Ostrager
Kevin J. Arquit
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
bostrager@stblaw.com

*Attorneys for Defendants Fidelity National Title Insurance Company, Fidelity National Financial, Inc., Ticor Title Insurance Company, and Chicago Title Insurance Company*