UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
Kromer, *et al.*, on behalf of themselves and those similarly situated,

            Plaintiffs,

     v.

Fidelity National Title Insurance Company, *et al.*,

            Defendants.
------------------------------------------------------------------x

Case No.  08 Civ. 1494

## **NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Patrick T. Shilling, an associate with the law firm of Simpson Thacher & Bartlett LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendants Fidelity National Title Insurance Company, Fidelity National Financial, Inc., Ticor Title Insurance Company, and Chicago Title Insurance Company in this action and requests that all subsequent papers be served upon him at the address indicated below.

    Please add the following to the service list for this proceeding:

        Patrick T. Shilling, Esq. (pshilling@stblaw.com)
        SIMPSON THACHER & BARTLETT LLP
        425 Lexington Avenue
        New York, New York 10017-3954
        (212) 455-2000 (Telephone)
        (212) 455-2502 (Facsimile)

Dated: New York, New York
       February 21, 2008

                                    SIMPSON THACHER & BARTLETT LLP

                                    By:  s/ Patrick T. Shilling

                                    Patrick T. Shilling
                                    425 Lexington Avenue
                                    New York, New York 10017-3954
                                    Telephone: (212) 455-2000
                                    Facsimile: (212) 455-2502
                                    pshilling@stblaw.com

                                    *Attorney for Defendants Fidelity National Title Insurance Company, Fidelity National Financial, Inc., Ticor Title Insurance Company, and Chicago Title Insurance Company*