UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
: 
GARY KROMER, et al.,                  :
                                      :
       Plaintiffs,              :
                                      :
v.                                    :  Case No. 08 Civ. 1494 (KMK)
                                      :
FIDELITY NATIONAL TITLE INSURANCE     :
COMPANY, *et al.*,                    :
       Defendants.              :
------------------------------------- :
                                      x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that James L. Hallowell, a partner with the law firm of Gibson, Dunn & Crutcher LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendant Title Insurance Rate Service Association, Inc. ("TIRSA") in this action and requests that all subsequent papers be served upon him at the address indicated below.

Please add the following to the service list for this proceeding:

    James L. Hallowell, Esq. (jhallowell@gibsondunn.com)
    GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue
    New York, NY 10166
    (212) 351-3804 (Telephone)
    (212) 351-5266 (Facsimile)

Dated: New York, New York
March 6, 2008

          GIBSON, DUNN & CRUTCHER LLP

          By: <u>s/ James L. Hallowell</u>

          James L. Hallowell
          200 Park Avenue, 47th Floor
          New York, New York 10166-0193
          Telephone: (212) 351-4000
          Facsimile: (212) 351-4035
          jhallowell@gibsondunn.com

          Attorney for Defendant
          Title Insurance Rate Service Association, Inc.