UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

GARY KROMER, et al.,

        Plaintiffs,

        v.         Case No. 08 Civ. 1494 (KMK)

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, *et al.*,

        Defendants.

------------------------------------x

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Title Insurance Rate Service Association, Inc. ("TIRSA") hereby certifies that it is a New York not-for-profit corporation. Defendant has no corporate parents, affiliates and/or subsidiaries that are publicly held.

Dated: New York, New York
March 6, 2008

                GIBSON, DUNN & CRUTCHER LLP

                By: _s/ James L. Hallowell_____
                     John A. Herfort
                     James L. Hallowell

                200 Park Avenue
                New York, New York 10166-0193
                Phone: (212) 351-4000
                Fax: (212) 351-4035
                jherfort@gibsondunn.com
                jhallowell@gibsondunn.com

                Attorneys for Defendant
                Title Insurance Rate Service Association, Inc.