UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
GARY KROMER, et al,

               Plaintiffs,

    - against -

FIDELITY NATIONAL TITLE INSURANCE CO., et al,

              Defendants.
------------------------------------------------------------------ X

Index No.: 08 CV 1494 (KMK)

**RULE 7.1 STATEMENT**

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrates of the Court to evaluate possible disqualification or recusal, Defendant The First American Corporation states that it is a publicly traded corporation (FAF:NYSE), that it has no publicly-traded parent, and that no publicly held corporation owns 10% or more of its stock.

     Defendant First American Title Insurance Company of New York states that it is first tier subsidiary of First American Title Insurance Company, which is a first tier subsidiary of The First American Corporation.

     Defendant United General Title Insurance Company states that it is a first tier subsidiary of First American Title Insurance Company, which is a first tier subsidiary of The First American Corporation.

Dated: New York, New York
March 6, 2008

        Respectfully submitted,

        GREENBERG TRAURIG, LLP

        By: /s/ James I. Serota
        James I. Serota (JS-6802)
        Kenneth Lapatine (KL-3985)
        Stephen L. Saxl (SS-1028)
        GREENBERG TRAURIG, LLP
        200 Park Avenue
        New York, New York 10166
        Telephone: (212) 801-9200
        Facsimile: (212) 801-6400
        serotaj@gtlaw.com
        lapatinek@gtlaw.com
        saxls@gtlaw.com

        *Attorneys for Defendants The First American Corporation, First American Title Insurance Company of New York, and United General Title Insurance Company*