UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

GARY KROMER, et al.,

       Plaintiffs,

v.                                   Case No. 08 Civ. 1494 (KMK)

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, *et al.*,

       Defendants.

------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Daniel J. Chirlin, an associate with the law firm of Gibson, Dunn & Crutcher LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendant Title Insurance Rate Service Association, Inc. ("TIRSA") in this action and requests that all subsequent papers be served upon him at the address indicated below.

    Please add the following to the service list for this proceeding:

        Daniel J. Chirlin, Esq. (dchirlin@gibsondunn.com)
        GIBSON, DUNN & CRUTCHER LLP
        200 Park Avenue
        New York, NY 10166
        (212) 351-3850 (Telephone)
        (212) 351-6350 (Facsimile)

Dated: New York, New York
       March 12, 2008

                                  GIBSON, DUNN & CRUTCHER LLP

                                  By: s/ Daniel J. Chirlin

                                  Daniel J. Chirlin
                                  200 Park Avenue, 47th Floor
                                  New York, New York 10166-0193
                                  Telephone: (212) 351-4000
                                  Facsimile: (212) 351-4035
                                  dchirlin@gibsondunn.com

                                  Attorney for Defendant
                                  Title Insurance Rate Service Association, Inc.