UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

GARY KROMER, et al.,

       Plaintiffs,

v.

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, *et al.*,

       Defendants.

------------------------------------x

Case No. 08 Civ. 1494 (KMK)


## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that John A. Herfort, a partner with the law firm of Gibson, Dunn & Crutcher LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendant Title Insurance Rate Service Association, Inc. ("TIRSA") in this action and requests that all subsequent papers be served upon him at the address indicated below.

Please add the following to the service list for this proceeding:

    John A. Herfort, Esq. (jherfort@gibsondunn.com)
    GIBSON, DUNN & CRUTCHER LLP
    200 Park Avenue
    New York, NY 10166
    (212) 351-3832 (Telephone)
    (212) 351-5258 (Facsimile)

Dated: New York, New York
       March 6, 2008

                                             GIBSON, DUNN & CRUTCHER LLP

                                             By: s/ John A. Herfort

                                             John A. Herfort
                                             200 Park Avenue, 47th Floor
                                             New York, New York 10166-0193
                                             Telephone: (212) 351-4000
                                             Facsimile: (212) 351-4035
                                             jherfort@gibsondunn.com

                                             Attorney for Defendant
                                             Title Insurance Rate Service Association, Inc.