UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

---

GARY KROMER, MONIQUE KROMER,
JOSEPH AMMIRATI, MICHELLE AMMIRATI
on behalf of themselves and those similarly
situated,

      Plaintiffs,

vs.

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, CHICAGO TITLE INSURANCE
COMPANY, TICOR TITLE INSURANCE
COMPANY, FIDELITY NATIONAL
FINANCE, INC., FIRST AMERICAN TITLE
INSURANCE COMPANY OF NEW YORK,
UNITED GENERAL TITLE INSURANCE
COMPANY, FIRST AMERICAN
CORPORATION, COMMONWEALTH LAND
TITLE INSURANCE COMPANY, LAWYERS
TITLE INSURANCE CORPORATION,
LANDAMERICA FINANCIAL GROUP, INC.,
STEWART TITLE INSURANCE COMPANY,
MONROE TITLE INSURANCE
CORPORATION, STEWART INFORMATION
SERVICES CORPORATION, AND TITLE
INSURANCE RATE SERVICE
ASSOCIATION, INC.,

      Defendants.

"ECF CASE"

08 cv 1494 (KMK)

---

## RULE 7.1 DISCLOSURE STATEMENT

  Pursuant to Rule 7.1 of the Federal Rules of Civil procedure, and to enable the Judges and Magistrates of the Court to evaluate possible disqualification or recusal, Defendant LandAmerica Financial Group, Inc. states that it is a publicly traded corporation. Based on the information presently available to Defendant LandAmerica Financial Group, Inc., no publicly held corporation owns 10% or more of LandAmerica Financial Group, Inc.'s stock.

7842483.1

Defendant Commonwealth Land Title Insurance Company states that it is a primary subsidiary of LandAmerica Financial Group, Inc.

Defendant Lawyers Title Insurance Corporation states that it is a primary subsidiary of LandAmerica Financial Group, Inc.

Dated: New York, New York
       March 13, 2008

By: /s/ David P. Langlois
David P. Langlois (DL 2319)
SUTHERLAND ASBILL & BRENNAN LLP
1114 Avenue of the Americas, 40th Floor
New York, New York 10036
Telephone: (212) 389-5000
Facsimile:  (212) 389-5099
david.langlois@sablaw.com

*Attorney for Defendants Commonwealth Land Title Insurance Company, Lawyers Title Insurance Corporation and LandAmerica Financial Group, Inc.*

7842483.1