Mark A. Robertson
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
Telephone: 212-318-3000
Telecopier: 212-318-3400

Attorneys for Defendants Stewart Title Insurance Company,
Monroe Title Insurance Corporation and
Stewart Information Services Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
GARY KROMER, MONIQUE KROMER   JOSEPH :
AMMIRATI, MICHELLE AMMIRATI, on behalf : 08 Civ. 1494 (KMK)
of themselves and all others similarly situated, :
: **NOTICE OF APPEARANCE**
Plaintiffs, :
:
- against - :
:
FIDELITY NATIONAL TITLE INSURANCE, :
COMPANY, et al., :
:
Defendants. :
-----------------------------------------------------------------x

  Mark A. Robertson appears as counsel for Defendants Stewart Title Insurance Company, Monroe Title Insurance Corporation and Stewart Information Services Corporation. The clerk of courts is requested to note this appearance on the court's docket and to forward all entries, orders, notices, and other court documents in this proceeding to the undersigned.

80161370.1

Dated: March 14, 2008
    New York, New York

        Respectfully submitted by:

        FULBRIGHT & JAWORSKI L.L.P.

        By: _____
        Mark A. Robertson
        Fulbright & Jaworski L.L.P.
        666 Fifth Avenue
        New York, New York 10103
        Telephone: 212-318-3000
        Facsimile: 212-318-3400
        E-mail: mrobertson@fulbright.com
        *Counsel for Stewart Title Insurance Company,*
        *Monroe Title Insurance Corporation and*
        *Stewart Information Services Corporation*

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of this Notice of Appearance was served on March 14th, 2008, by United States Mail, return receipt requested on the following:

| | |
|---|---|
| Richard W. Cohen, Esq.<br>Barbara Hart, Esq.<br>Peter D. St. Phillip, Jr.<br>Scott Papp, Esq.<br>Lowey Dannenberg Cohen & Hart, P.C.<br>One North Broadway, Suite 509<br>White Plains, New York 10601-2310 | Jamie I. Serota, Esq.<br>Greenberg Traurig, LLP<br>Met Life Building<br>200 Park Avenue<br>New York, New York 10166-0193 |
| Joseph J. Tobacco, Jr., Esq.<br>Todd A. Seaver, Esq.<br>Berman DeValerio Pease Tabacco Burt & Pucillo<br>425 California Street, Suite 2100<br>San Francisco, CA 94104 | John Herfort, Esq.<br>James L. Hallowell, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, New York 10166-0193 |

| | |
|---|---|
| Kevin J. Arquit, Esq.<br>Barry R. Ostrager, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York  10017-3954 | Phillip E. Stano, Esq.<br>Sutherland Asbill & Brennan LLP<br>1275 Pennsylvania Avenue, NW<br>Washington, D.C.  20004-2415 |

_____
Mark A. Robertson