UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
GERRY GALIANO,

                Plaintiff,

     vs.                                    Case No. 08 Civ. 1317 (KMK)

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, et al.,

                Defendants.
------------------------------------------------------------- X

                                     *- and -*

------------------------------------------------------------- X
GARY KROMER, et al.,

                Plaintiffs,

     vs.                                    Case No. 08 Civ. 1494 (KMK)

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, et al.,

                Defendants.
------------------------------------------------------------- X

                                     *- and -*

------------------------------------------------------------- X
PETER MILEY,

                Plaintiff,

     vs.                                    Case No. 08 Civ. 1547 (KMK)

FIDELITY NATIONAL TITLE INSURANCE
COMPANY, et al.,

                Defendants.
------------------------------------------------------------- X

                                     *- and -*

80162319.1

---------------------------------------------------------------- X
SUSAN M. MAROTTA,                                                :
                                                                 :
                Plaintiff,                     :
                                                                 :
      vs.                                                       :   Case No. 08 Civ. 1597 (KMK)
                                                                 :
FIDELITY NATIONAL TITLE INSURANCE                                :
COMPANY, et al.,                                                 :
                                                                 :
                Defendants.                    :
---------------------------------------------------------------- X

                      *- and -*

---------------------------------------------------------------- X
VINCENT TRULLI, JR.,                                             :
                                                                 :
                Plaintiff,                     :
                                                                 :
      vs.                                                       :   Case No. 08 Civ. 1729
                                                                 :
FIDELITY NATIONAL TITLE INSURANCE                                :
COMPANY, et al.,                                                 :
                                                                 :
                Defendants.                    :
---------------------------------------------------------------- X

                      *- and -*

---------------------------------------------------------------- X
MICHAEL MARTINUCCI,                                              :
                                                                 :
                Plaintiff,                     :
                                                                 :
      vs.                                                       :   Case No. 08 Civ. 1644 (TPG)
                                                                 :
FIDELITY NATIONAL TITLE INSURANCE                                :
COMPANY, et al.,                                                 :
                                                                 :
                Defendants.                    :
---------------------------------------------------------------- X

*- and -*

```
-------------------------------------------------- x
SEAN L. SUAREZ,                                    :
                                                   :
                    Plaintiff,                     :
                                                   :
            vs.                                    :    Case No. 08 Civ. 1955
                                                   :
FIDELITY NATIONAL TITLE INSURANCE                  :
COMPANY, et al.,                                   :
                                                   :
                    Defendants.                    :
-------------------------------------------------- x
```

*- and -*

```
-------------------------------------------------- x
LEYDEN ROSA ROVELO,                                :
                                                   :
                    Plaintiff,                     :
                                                   :
            vs.                                    :    Case No. 08 Civ. 01830 (RWS)
                                                   :
FIDELITY NATIONAL TITLE INSURANCE                  :
COMPANY, et al.,                                   :
                                                   :
                    Defendants.                    :
-------------------------------------------------- x
```

## DEFENDANT STEWART TITLE, MONROE AND STEWART INFORMATION RULE 7.1 STATEMENT

In accordance with Fed. R. Civ. P. 7.1, Defendants Stewart Title Insurance Company, Monroe Title Insurance Corporation and Stewart Information Services Corporation hereby file this Corporate Disclosure Statement, identifying their parent companies and any publicly traded entity holding ten percent or more of their stock.

1. Stewart Information Services Corporation is a publicly traded corporation.

2. Stewart Title Insurance Company is indirectly wholly owned by Stewart Information Services Corporation.

3. Monroe Title Insurance Corporation is indirectly wholly owned by Stewart Information Services Corporation.

Dated: March 14, 2008
New York, New York

Respectfully submitted by:

FULBRIGHT & JAWORSKI L.L.P.

By: _____
Mark A. Robertson
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, New York 10103
Telephone: 212-318-3000
Facsimile: 212-318-3400
E-mail: mrobertson@fulbright.com
*Counsel for Stewart Title Insurance Company, Monroe Title Insurance Corporation and Stewart Information Services Corporation*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Rule 7.1 Statement was served on March 14th, 2008, by United States Mail, return receipt requested on the following:

Peter D. St. Phillip, Jr., Esq.
Richard W. Cohen, Esq.
Barbara Hart, Esq.
Jeanne D'Esposito, Esq.
Scott V. Papp, Esq.
Lowey Dannenberg Cohen & Hart, P.C.
One North Broadway, Suite 509
White Plains, New York 10601-2310

Lee Squitieri, Esq.
Squitieri & Fearon, LLP
32 East 57th Street, 12th Floor
New York, New York 10022

Joseph S. Tusa, Esq.
Paul C. Whalen, Esq.
Whalen & Tusa, P.C.
33 West 19th Street, Fourth Floor
New York, New York 10011

Jamie I. Serota, Esq.
Greenberg Traurig, LLP
Met Life Building
200 Park Avenue
New York, New York 10166-0193

| | |
|---|---|
| Nadeem Faruqi, Esq.<br>Antonio Vozzolo, Esq.<br>Faruqi & Faruqi, LLP<br>369 Lexington Avenue, 10th Floor<br>New York, New York  10017 | Robert A. Skirnick, Esq.<br>Maria A. Skirnick, Esq.<br>Meredith Cohen Greenfogel & Skirnick, P.C.<br>One Liberty Plaza, 35th Floor<br>New York, New York  10006 |
| Joel C. Meredith, Esq.<br>Steven J. Greenfogel, Esq.<br>Daniel B. Allanoff, Esq.<br>Meredith Cohen Greenfogel & Skirnick, P.C.<br>1521 Locust Street, 8th Floor<br>Philadelphia, PA  19102 | Steve W. Berman, Esq.<br>Anthony D. Shapiro, Esq.<br>Hagens Berman Sobol Shapiro, LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA  98101 |
| Joseph DePalma, Esq.<br>Lite DePalma Greenberg & Rivas, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ  07102-5003 | John Herfort, Esq.<br>James L. Hallowell, Esq.<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, New York  10166-0193 |
| Christopher J. Gray, Esq.<br>Law Office of Christopher J. Gray, P.C.<br>460 Park Avenue, 21st Floor<br>New York, New York  10022 | Louis F. Burke, Esq.<br>Lesli Wybiral, Esq.<br>Louis F. Burke, P.C.<br>460 Park Avenue, 21st Floor<br>New York, New York  10022 |
| Phillip E. Stano, Esq.<br>Sutherland Asbill & Brennan LLP<br>1275 Pennsylvania Avenue, NW<br>Washington, D.C.  20004-2415 | Kevin J. Arquit, Esq.<br>Barry R. Ostrager, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York  10017-3954 |

_____
Mark A. Robertson