**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GARY KROMER, MONIQUE KROMER, JOSEPH AMMIRATI, MICHELLE AMMIRATI, on behalf of themselves and those similarly situated, | Case No. 08 Civ. 1494 (KMK) |

GARY KROMER, MONIQUE KROMER, JOSEPH
AMMIRATI, MICHELLE AMMIRATI, on behalf of
themselves and those similarly situated,

                            Plaintiffs,

     –v–

FIDELITY NATIONAL TITLE INSURANCE CO.,
CHICAGO TITLE INSURANCE CO., TICOR
TITLE INSURANCE CO., FIDELITY NATIONAL
FINANCE, INC., FIRST AMERICAN TITLE
INSURANCE CO. OF NEW YORK, UNITED
GENERAL TITLE INSURANCE CO., FIRST
AMERICAN CORP., COMMONWEALTH LAND
TITLE INSURANCE CO., LAWYERS TITLE
INSURANCE CORP., LANDAMERICA
FINANCIAL GROUP, INC., STEWART TITLE
INSURANCE CO., MONROE TITLE INSURANCE
CORP., STEWART INFORMATION SERVICE
CORP., AND TITLE INSURANCE RATE
SERVICE ASSOCIATION, INC.,

                         Defendants.

Case No. 08 Civ. 1494 (KMK)

## <u>NOTICE OF APPEARANCE</u>

     Vincent Briganti, Esq. of Lowey Dannenberg Cohen & Hart, P.C. hereby appears as

counsel for plaintiffs Gary Kromer, Monique Kromer, Joseph Ammirati, Michelle Ammirati and

requests that service of all pleadings and papers be made upon such firm, through the

undersigned counsel.

Dated:  White Plains, New York
        March 19, 2008
        .
                                    LOWEY DANNENBERG COHEN & HART, P.C.


                            By: /S/ _____
                                    Vincent Briganti (VB-1497)
                                    One North Broadway - Suite 509
                                    White Plains, NY  10601-2310
                                    Telephone:  (914) 997-0500
                                    Telecopier:  (914) 997-0035
                                    VBriganti@Lowey.com

                                    *Attorney for Plaintiffs*