UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY KROMER, MONIQUE KROMER, JOSEPH AMMIRATI, MICHELLE AMMIRATI, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>–v–<br><br>FIDELITY NATIONAL TITLE INSURANCE CO., CHICAGO TITLE INSURANCE CO., TICOR TITLE INSURANCE CO., FIDELITY NATIONAL FINANCE, INC., FIRST AMERICAN TITLE INSURANCE CO. OF NEW YORK, UNITED GENERAL TITLE INSURANCE CO., FIRST AMERICAN CORP., COMMONWEALTH LAND TITLE INSURANCE CO., LAWYERS TITLE INSURANCE CORP., LANDAMERICA FINANCIAL GROUP, INC., STEWART TITLE INSURANCE CO., MONROE TITLE INSURANCE CORP., STEWART INFORMATION SERVICE CORP., AND TITLE INSURANCE RATE SERVICE ASSOCIATION, INC.,<br><br>Defendants. | Case No. 08 Civ. 1494 (KMK) |

## NOTICE OF APPEARANCE

Peter D. St. Phillip, Jr., Esq. of Lowey Dannenberg Cohen & Hart, P.C. hereby appears as counsel for plaintiffs Gary Kromer, Monique Kromer, Joseph Ammirati and Michelle Ammirati and requests that service of all pleadings and papers be made upon such firm, through the undersigned counsel.

2123 / NOT / 00087641.WPD v1

Dated: White Plains, New York
March 19, 2008

LOWEY DANNENBERG COHEN & HART, P.C.

By: /S/ _____
Peter D. St. Phillip, Jr. (PS-0726)
One North Broadway - Suite 509
White Plains, NY 10601-2310
Telephone: (914) 997-0500
Telecopier: (914) 997-0035
PStPhillip@Lowey.com

*Attorney for Plaintiffs*

2123 / NOT / 00087641.WPD v1